## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Connie E. Lucot<br>     aka Constance E. Lucot<br><br>     <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 19-23657 TPA |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

     Respectfully submitted,

     **/s/James C. Warmbrodt, Esquire**
     James C. Warmbrodt, Esquire
     Attorney I.D. No. 42524
     KML Law Group, P.C.
     BNY Mellon Independence Center
     701 Market Street, Suite 5000
     Philadelphia, PA 19106
     412-430-3594
     jwarmbrodt@kmllawgroup.com