| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Connie E. Lucot** | | Social Security number or ITIN | **xxx–xx–9673** |
| | First Name | Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | | Social Security number or ITIN | _ _ _ _ |
| (Spouse, if filing) | First Name | Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter | **13**   **9/18/19** |
| Case number: | **19–23657–TPA** | | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

**12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Connie E. Lucot | | |
| 2. | **All other names used in the last 8 years** | aka Constance E. Lucot | | |
| 3. | **Address** | 1035 Alquin Street<br>McKeesport, PA 15133 | | |
| 4. | **Debtor's attorney**<br>Name and address | Charles J. Grudowski<br>Grudowski Law Associates, P.C.<br>3925 Reed Boulevard<br>Suite 100C<br>Murrysville, PA 15668 | | Contact phone 412–904–1940<br><br>Email:  cjg@grudowskilaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | | Contact phone 412–471–5566<br><br>Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 10/3/19 |

**For more information, see page 2**

Debtor  **Connie E. Lucot**                                                                                     Case number **19–23657–TPA**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 4, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/3/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/27/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/16/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at <u>www.uscourts.gov</u> or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**11/4/19 at 11:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov</u>. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Connie E. Lucot
                Debtor

Case No. 19-23657-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 2              Date Rcvd: Oct 03, 2019
                             Form ID: 309I            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
```
db              +Connie E. Lucot,    1035 Alquin Street,   McKeesport, PA 15133-3501
aty             +James Warmbrodt,    KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
aty             +Keri P. Ebeck,   Bernstein-Burkley,   707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1945
tr              +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702
15124658         County of Allegheny,   c/o Jordan Tax Servic, Inc.,   P.O. Box 200,
                 Bethel Park, PA 15102-0200
15124659        +Goehring, Rutter and Boehm,   437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6107
15124661         Jordan Tax Services, Inc.,   P.O. Box 200,   Bethel Park, PA 15102-0200
15124663        +Maiello Brungo & Maiello, LLP,   424 South 27th Street, #210,   Pittsburgh, PA 15203-2380
15124664         PA American Water,   PO Box 371412,   Pittsburgh, PA 15250-7412
15124665        +Peoples,   PO Box 644760,   Pittsburgh, PA 15264-4760
15124666        +South Allegheny S.D./Borough of Port Vue,   c/o Maiello Brungo & Maiello, LLP,
                 424 South 27th Street, #210,   Pittsburgh, PA 15203-2379
15124668        +Wells Fargo Auto,   PO Box 29710,   Phoenix, AZ 85038-9710
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: cjg@grudowskilaw.com Oct 04 2019 02:58:48     Charles J. Grudowski,
                 Grudowski Law Associates, P.c.,   3925 Reed Boulevard,   Suite 100C,   Murrysville, PA  15668
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2019 02:59:16     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust             +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 04 2019 02:59:23
                 Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr              +E-mail/Text: kburkley@bernsteinlaw.com Oct 04 2019 02:59:50     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15124657         EDI: CAPITALONE.COM Oct 04 2019 06:43:00     Capital One,   P.O. Box 71083,
                 Charlotte, NC 28272-1083
15124660         EDI: IRS.COM Oct 04 2019 06:43:00     IRS,   Kansas City, MO 64999
15124662        +EDI: WFNNB.COM Oct 04 2019 06:43:00     KingSize,   c/o Comenity Bank/Bankruptcy Dep't,
                 PO Box 182125,   Columbus, OH 43218-2125
15133199         E-mail/Text: ktramble@lendmarkfinancial.com Oct 04 2019 02:58:49
                 Lendmark Financial Services, LLC,   2118 Usher Street NW,   Covington, GA 30014
15129493         EDI: AGFINANCE.COM Oct 04 2019 06:43:00     ONEMAIN FINANCIAL,   PO BOX 3251,
                 EVANSVILLE, IN 47731-3251
15124667        +EDI: VERIZONCOMB.COM Oct 04 2019 06:43:00     Verizon,   PO Box 25505,
                 Lehigh Valley, PA 18002-5505
                                                                                    TOTAL: 10

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC BANK NATIONAL  ASSOCIATION
                                                                       TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
```
             Charles J. Grudowski    on behalf of Debtor Connie E. Lucot cjg@grudowskilaw.com,
             grudowskilaw@gmail.com;vr@grudowskilaw.com;admin@grudowskilaw.com;lm@grudowskilaw.com;admin@grud
             owskilaw.com
             James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
```

```
District/off: 0315-2          User: mgut              Page 2 of 2            Date Rcvd: Oct 03, 2019
                              Form ID: 309I           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
        jbluemle@bernsteinlaw.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                         TOTAL: 5