# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Connie E. Lucot ) | Bankruptcy No. 19-23657-TPA |
| ) | |
| ) | Chapter 13 |
| Debtor(s). ) | |
| ) | |
| ) | Document No. |
| Connie E. Lucot ) | |
| Movant(s), ) | |
| ) | |
| v. ) | |
| ) | |
| Hilf Tirpak Group, LLC ) | |
| ) | |
| Respondent. ) | |

## **CERTIFICATE OF SERVICE**

    I, Charles J. Grudowski, Esquire, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on October 30, 2019 via first class mail postage prepaid:

**Hilf Tirpak Group, LLC**
**Attention: Payroll Department**
**2790 Mosside Boulevard, Suite 170**
**Monroeville, PA 15146**

Executed on:  October 30, 2019     By:    s/Charles J. Grudowski
                                                                                                                     Charles J. Grudowski, Esquire
                                                                                                                      PA ID No. 91231
                                                                                                                      Grudowski Law Associates, P.C.
                                                                                                                      Law & Finance Building
                                                                                                                      429 Fourth Avenue, Suite 1001
                                                                                                                      Pittsburgh. Pennsylvania, 15219
                                                                                                                      Office: (412) 904-1940
                                                                                                                      Fax: (855) 496-3150
                                                                                                                      Email: cjg@grudowskilaw.com