FILED
12/7/20 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In RE:

| | |
|---|---|
| CONNIE E. LUCOT, <br>     Debtor, | ) <br> ) Bankruptcy Case No. 19-23657-TPA <br> ) <br> ) Related to Docket Nos. 39 & 40 |
| PEOPLES NATURAL GAS COMPANY, LLC, <br>     Movant, <br> vs. <br> CONNIE E. LUCOT, and RONDA J. WINNECOUR, ESQUIRE, Trustee, <br>     Respondents. | ) Chapter 13 <br> ) <br> ) Hearing Date: 12/9/20 <br> ) Hearing Time: 10:00 AM <br> ) <br> ) <br> ) <br> ) |

## CONSENT ORDER OF COURT

AND NOW, to wit this 7th day of December, 2020, come the parties, by and through their respective counsel and stipulate and consent to the entry of this Order of Court:

1. The Court finds that the Debtor has fallen behind on her post petition gas bills since filing the instant case.

2. A Motion for Allowance of Administrative claim has been filed. In this case, the Debtor has subsequently brought the account current.

3. The instant Motion shall be dismissed without prejudice, since the debtor has cured the delinquency this time.

4. The Debtor and the Debtor's counsel agree that if it becomes necessary to file another Motion for Allowance of Administrative Claim because of a post petition delinquency, then the post petition gas account must be included in the Chapter 13 Plan without further controversy or opposition. There will be no exceptions.

BY THE COURT:

_____ J.
asg

Consented to by:

/s/ Charles James Grudowski
Charles James Grudowski, Esquire
Attorney for Debtor
Pa. I.D. No. 91231
3925 Reed Blvd., Suite 201
Murrysville, PA 15668
412-904-1940
cjg@grudowskilaw.com

/s/ S. James Wallace
S. James Wallace, Esquire
Atty for Peoples Natural Gas Company, LLC
Pa. I.D. No. 28815
GRB Law
Frick Building, 437 Grant Street, 14th Floor
Pittsburgh, PA 15219
412-281-0587
jwallace@grblaw.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-23657-TPA
Connie E. Lucot     Chapter 13
      Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 2
Date Rcvd: Dec 07, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2020:**

**Recip ID     Recipient Name and Address**
db     + Connie E. Lucot, 1035 Alquin Street, McKeesport, PA 15133-3501

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2020 at the address(es) listed below:**

**Name     Email Address**

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Charles James Grudowski
    on behalf of Debtor Connie E. Lucot cjg@grudowskilaw.com admin@grudowskilaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor South Allegheny School District jlc@mbm-law.net

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 | User: mgut | Page 2 of 2
Date Rcvd: Dec 07, 2020 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 8