**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Connie E. Lucot | ) | Bankruptcy No. 19-23657-TPA |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| _____ | ) | |
| | ) | Document No. |
| Connie E. Lucot | ) | |
| Movant(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Wal-Mart Associates, Inc. | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I, Charles J. Grudowski, Esquire, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on April 22, 2021 via first class mail postage prepaid:

**Wal-Mart Associates, Inc.
Attention: Payroll Department
702 S.W. 8th Street
Bentonville, AR 72716**

s/Charles J. Grudowski
Charles J. Grudowski, Esquire
PA ID No. 91231
Grudowski Law, P.C.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668
Office: (412) 904-1940
Email: cjg@grudowskilaw.com
