# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 19-23657-JCM | SIGNED 10/29/24 4:06 pm |
| | : | | | CLERK |
| Connie E. Lucot | : | Chapter: | 13 | U.S. BANKRUPTCY |
| | : | | | COURT - WDPA |
| *Debtor.* | : | | | |
| | : | Date: | 10/29/2024 | |
| | : | Time: | 01:30 p.m. | |

## PROCEEDING MEMO

**MATTER**    #72 Trustee's Motion To Dismiss

　　　　　　　#74 Response Filed by Debtor


**APPEARANCES:**

　　　　　　　Debtor: Charles James Grudowski (no appearance)
　　　　　　　Trustee: Kate DeSimone


**NOTES:**

DeSimone:    The Debtor sent in funds to complete the Plan which posted yesterday afternoon. I would orally withdraw the Trustee's Motion to Dismiss.

**OUTCOME:**    TO to be entered stating: The Trustee's Motion to Dismiss (Doc. 72) is DENIED as moot in light of the Trustee receiving funds to complete the Plan.