UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  CONNIE E. LUCOT | Case No.19-23657JCM |
| Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>vs.<br>CONNIE E. LUCOT | Chapter 13 |
| | Document No. 77 |
| Respondents | |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __8th__ day of November, 20__24__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Keystone Collections Group
Attn: Payroll Manager
546 Wendell Rd
Irwin, PA 15642

is hereby ordered to immediately terminate the attachment of the wages of CONNIE E. LUCOT, social security number XXX-XX-9673. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CONNIE E. LUCOT.

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
11/8/24 9:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23657-JCM |
| Connie E. Lucot | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Connie E. Lucot, 1035 Alquin Street, McKeesport, PA 15133-3501 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles James Grudowski | on behalf of Debtor Connie E. Lucot cjg@grudowskilaw.com admin@grudowskilaw.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor South Allegheny School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

|   |   |
|---|---|
|   | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour |   |
|   | cmecf@chapter13trusteewdpa.com |
| S. James Wallace |   |
|   | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 8