Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Connie E. Lucot** | : | Case No. 19−23657−JCM |
| aka Constance E. Lucot | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 80 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 1/21/25 at 02:00 PM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this *The 26th of November, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 80 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) **On or before January 10, 2025**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2) This *Motion* is scheduled for hearing on **January 21, 2025 at 02:00 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 19-23657-JCM
Connie E. Lucot  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Nov 26, 2024     Form ID: 300b     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Connie E. Lucot, 1035 Alquin Street, McKeesport, PA 15133-3501 |
| cr | + | South Allegheny School District, /co Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15124658 | | County of Allegheny, c/o Jordan Tax Servic, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15124661 | | Jordan Tax Services, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15124663 | + | Maiello Brungo & Maiello, LLP, 424 South 27th Street, #210, Pittsburgh, PA 15203-2380 |
| 15124666 | + | South Allegheny S.D./Borough of Port Vue, c/o Maiello Brungo & Maiello, LLP, 424 South 27th Street, #210, Pittsburgh, PA 15203-2379 |
| 15150243 | + | South Allegheny School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15124668 | + | Wells Fargo Auto, PO Box 29710, Phoenix, AZ 85038-9710 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Nov 27 2024 00:17:00 | County of Allegheny, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 00:45:31 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 27 2024 00:17:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15124657 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:15:58 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15139432 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:16:01 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15169839 | + | Email/Text: ebnjts@grblaw.com | Nov 27 2024 00:17:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15161576 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 27 2024 00:20:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15124659 | + | Email/Text: ebnjts@grblaw.com | Nov 27 2024 00:17:00 | Goehring, Rutter and Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15124660 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 27 2024 00:18:00 | IRS, Kansas City, MO 64999 |
| 15124662 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | KingSize, c/o Comenity Bank/Bankruptcy Dep't, PO Box 182125, Columbus, OH 43218-2125 |
| 15133199 | | Email/Text: bk@lendmarkfinancial.com | Nov 27 2024 00:16:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington, GA 30014 |
| 15135546 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 00:33:10 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 19-23657-JCM    Doc 83    Filed 11/28/24    Entered 11/29/24 00:36:12    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 26, 2024 | Form ID: 300b | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15129493 | | Email/PDF: cbp@omf.com | Nov 27 2024 00:16:19 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15124664 | | Email/Text: csc.bankruptcy@amwater.com | Nov 27 2024 00:20:00 | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15164611 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 27 2024 00:17:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15156602 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 00:33:08 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15124665 | ^ | MEBN | Nov 27 2024 00:13:09 | Peoples, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15159906 | | Email/Text: bnc-quantum@quantum3group.com | Nov 27 2024 00:19:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15153899 | | Email/Text: BNCnotices@dcmservices.com | Nov 27 2024 00:18:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15158435 | | Email/PDF: ebn_ais@aisinfo.com | Nov 27 2024 00:16:31 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15124667 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 27 2024 00:16:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 15155495 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 27 2024 00:34:35 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 28, 2024            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | |
|---|---|
| Charles James Grudowski | on behalf of Debtor Connie E. Lucot cjg@grudowskilaw.com admin@grudowskilaw.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor South Allegheny School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 8