**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CONNIE E. LUCOT<br><br>       Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>      vs.<br>No Respondents. | Case No.:19-23657<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

November 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/18/2019 and confirmed on 11/13/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 31,352.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 31,352.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 1,467.48 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,467.48 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 793.44 | 793.44 | 348.71 | 1,142.15 |
|     Acct: 3M20 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0145 | | | | |
|   SOUTH ALLEGHENY SD (PORT VUE) (RE) | 2,733.80 | 2,733.80 | 992.30 | 3,726.10 |
|     Acct: 3M20 | | | | |
|   SOUTH ALLEGHENY SD (PORT VUE) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0145 | | | | |
|   SOUTH ALLEGHENY SD (PORT VUE) (RE) | 8,121.61 | 8,121.61 | 0.00 | 8,121.61 |
|     Acct: 3M20 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 4,048.21 | 4,048.21 | 0.00 | 4,048.21 |
|     Acct: 3M20 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 1,263.07 | 1,263.07 | 496.78 | 1,759.85 |
|     Acct: 3067 | | | | |
|   PNC BANK NA | 6,923.74 | 6,923.74 | 658.16 | 7,581.90 |
|     Acct: 7847 | | | | |
| | | | | 26,379.82 |
| **Priority** | | | | |
|   CHARLES J GRUDOWSKI ESQ(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CONNIE E. LUCOT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRUDOWSKI LAW ASSOCIATES PC(*) | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 504.70 | 504.70 | 0.00 | 504.70 |
|     Acct: 9673 | | | | |
| | | | | 504.70 |
| **Unsecured** | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 305.02 | 0.00 | 0.00 | 0.00 |
|     Acct: 6124 | | | | |
|   INTERNAL REVENUE SERVICE* | 7.45 | 0.00 | 0.00 | 0.00 |
|     Acct: 9673 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 344.09 | 0.00 | 0.00 | 0.00 |

19-23657                                                                                                          Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 7653 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN W | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3572 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9776 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 1,611.96 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 2,002.63 | 0.00 | 0.00 | 0.00 |
| Acct: 4009 | | | | |
| LENDMARK FINANCIAL SERVICES LLC | 3,776.57 | 0.00 | 0.00 | 0.00 |
| Acct: 1886 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2181 | | | | |
| UPMC HEALTH SERVICES | 150.88 | 0.00 | 0.00 | 0.00 |
| Acct: 9673 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 181.72 | 0.00 | 0.00 | 0.00 |
| Acct: 6946 | | | | |
| JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                  26,884.52

TOTAL CLAIMED
PRIORITY             504.70
SECURED         23,883.87
UNSECURED        8,380.32

Date: 11/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   CONNIE E. LUCOT

       Debtor(s)

   Ronda J. Winnecour
       Movant
       vs.
   No Repondents.

Case No.:19-23657

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Connie E. Lucot  
  Debtor

Case No. 19-23657-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 3
Date Rcvd: Nov 26, 2024 | Form ID: pdf900 | Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Connie E. Lucot, 1035 Alquin Street, McKeesport, PA 15133-3501 |
| cr | + | South Allegheny School District, /co Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15124658 | | County of Allegheny, c/o Jordan Tax Servic, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15124661 | | Jordan Tax Services, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15124663 | + | Maiello Brungo & Maiello, LLP, 424 South 27th Street, #210, Pittsburgh, PA 15203-2380 |
| 15124666 | + | South Allegheny S.D./Borough of Port Vue, c/o Maiello Brungo & Maiello, LLP, 424 South 27th Street, #210, Pittsburgh, PA 15203-2379 |
| 15150243 | + | South Allegheny School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15124668 | + | Wells Fargo Auto, PO Box 29710, Phoenix, AZ 85038-9710 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Nov 27 2024 00:17:00 | County of Allegheny, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 00:16:33 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 27 2024 00:17:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15124657 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:34:44 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15139432 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:15:30 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15169839 | + | Email/Text: ebnjts@grblaw.com | Nov 27 2024 00:17:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15161576 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 27 2024 00:20:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15124659 | + | Email/Text: ebnjts@grblaw.com | Nov 27 2024 00:17:00 | Goehring, Rutter and Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15124660 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 27 2024 00:18:00 | IRS, Kansas City, MO 64999 |
| 15124662 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | KingSize, c/o Comenity Bank/Bankruptcy Dep't, PO Box 182125, Columbus, OH 43218-2125 |
| 15133199 | | Email/Text: bk@lendmarkfinancial.com | Nov 27 2024 00:16:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington, GA 30014 |
| 15135546 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 00:33:08 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 19-23657-JCM    Doc 84    Filed 11/28/24    Entered 11/29/24 00:36:12    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 26, 2024 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15129493 | Email/PDF: cbp@omf.com | Nov 27 2024 00:45:33 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15124664 | Email/Text: csc.bankruptcy@amwater.com | Nov 27 2024 00:20:00 | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15164611 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 27 2024 00:17:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15156602 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 00:33:26 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15124665 | ^ MEBN | Nov 27 2024 00:13:10 | Peoples, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15159906 | Email/Text: bnc-quantum@quantum3group.com | Nov 27 2024 00:19:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15153899 | Email/Text: BNCnotices@dcmservices.com | Nov 27 2024 00:18:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15158435 | Email/PDF: ebn_ais@aisinfo.com | Nov 27 2024 00:33:18 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15124667 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 27 2024 00:16:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 15155495 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 27 2024 00:34:52 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 28, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2024 at the address(es) listed below:

**Name**               **Email Address**

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Nov 26, 2024 Form ID: pdf900 Total Noticed: 30

Charles James Grudowski
    on behalf of Debtor Connie E. Lucot cjg@grudowskilaw.com admin@grudowskilaw.com

Denise Carlon
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor South Allegheny School District jlc@mbm-law.net

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 8