Certificate Number: 13858-PAW-DE-033529210

Bankruptcy Case Number: 19-23657



13858-PAW-DE-033529210

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 9, 2019</u>, at <u>12:33</u> o'clock <u>PM EDT</u>, <u>Connie Lucot</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>October 9, 2019</u>       By:   <u>/s/Iraida Rios</u>

                                 Name: <u>Iraida Rios</u>

                                 Title: <u>Counselor</u>