IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Connie E. Lucot, | : | Bankruptcy No. 19-23657-JCM |
| | Debtor(s) | : | |
| | Connie E. Lucot, | : | Chapter 13 |
| | Movant(s) | : | |
| | v. | : | |
| | Ronda J. Winnecour, | : | |
| | Respondent. | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On January 10, 2025, at docket number 19-23657-JCM, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c)(4)(B) by filing a *Certificate of Completion of a Personal Financial Management Course*.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: January 10, 2025        By:    /s/ Charles J. Grudowski
                                      Charles J. Grudowski, Esquire
                                      Counsel for Debtor
                                      Grudowski Law, P.C.
                                      3925 Reed Boulevard, Suite 201
                                      Murrysville, PA 15668
                                      Phone: (412) 904-1940
                                      Email: CJG@GrudowskiLaw.com
                                      Bar I.D. and State of Admission: 91231-PA