# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   CONNIE E. LUCOT

       Debtor(s)

Ronda J. Winnecour
       Movant
   vs.
No Repondents.

Case No.:19-23657

Chapter 13

Document No.: 80

## ORDER OF COURT

AND NOW, this ___13th___ day of ___January___, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge jlm
United States Bankruptcy Court

SIGNED
1/13/25 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 19-23657-JCM
Connie E. Lucot  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Jan 13, 2025      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Connie E. Lucot, 1035 Alquin Street, McKeesport, PA 15133-3501 |
| cr | + | South Allegheny School District, /co Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15124658 | | County of Allegheny, c/o Jordan Tax Servic, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15124661 | | Jordan Tax Services, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15124663 | + | Maiello Brungo & Maiello, LLP, 424 South 27th Street, #210, Pittsburgh, PA 15203-2380 |
| 15124666 | + | South Allegheny S.D./Borough of Port Vue, c/o Maiello Brungo & Maiello, LLP, 424 South 27th Street, #210, Pittsburgh, PA 15203-2379 |
| 15150243 | + | South Allegheny School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15124668 | + | Wells Fargo Auto, PO Box 29710, Phoenix, AZ 85038-9710 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 14 2025 00:10:00 | County of Allegheny, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2025 01:08:25 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 14 2025 00:10:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15124657 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2025 00:32:50 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15139432 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2025 01:43:30 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15169839 | + | Email/Text: ebnjts@grblaw.com | Jan 14 2025 00:10:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15161576 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 14 2025 00:12:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15124659 | + | Email/Text: ebnjts@grblaw.com | Jan 14 2025 00:10:00 | Goehring, Rutter and Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15124660 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 14 2025 00:10:00 | IRS, Kansas City, MO 64999 |
| 15124662 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2025 00:10:00 | KingSize, c/o Comenity Bank/Bankruptcy Dep't, PO Box 182125, Columbus, OH 43218-2125 |
| 15133199 | | Email/Text: bk@lendmarkfinancial.com | Jan 14 2025 00:09:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington, GA 30014 |
| 15135546 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 00:21:05 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 19-23657-JCM   Doc 91   Filed 01/15/25   Entered 01/16/25 00:41:24   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 30 |

| | | | |
| --- | --- | --- | --- |
| | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15129493 | Email/PDF: cbp@omf.com | Jan 14 2025 00:21:57 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15124664 | Email/Text: csc.bankruptcy@amwater.com | Jan 14 2025 00:12:00 | PA American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15164611 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 14 2025 00:09:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15156602 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2025 00:57:41 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15124665 | ^ MEBN | Jan 14 2025 00:09:30 | Peoples, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15159906 | Email/Text: bnc-quantum@quantum3group.com | Jan 14 2025 00:11:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15153899 | Email/Text: BNCnotices@dcmservices.com | Jan 14 2025 00:10:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15158435 | Email/PDF: ebn_ais@aisinfo.com | Jan 14 2025 00:32:47 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15124667 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 14 2025 00:09:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 15155495 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 14 2025 00:21:04 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:

**Name**               **Email Address**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 30 |

Charles James Grudowski
    on behalf of Debtor Connie E. Lucot cjg@grudowskilaw.com admin@grudowskilaw.com

Denise Carlon
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor South Allegheny School District jlc@mbm-law.net

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 8